Jay W. Connolly (SBN 114725)
E-mail: jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
E-mail: gferrari@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
WHOLE FOODS MARKET, INC.

James R. Patterson (SBN 211102)
Matthew J. O'Connor (SBN 203334)
Email: moconnor@hpolaw.com
HARRISON, PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, California 92101
Tel: (619) 756-6990
Fax: (619) 156-6991

Attorneys for Plaintiff
DONNA MOTTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MOTTA, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., a Texas Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C11-01322 CW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) and that the statute of limitations for Plaintiff to file a state court

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE / CASE NO. C11-01322 CW

complaint against Whole Foods Market California, Inc. for an alleged violation of California Civil Code section 1747.08 is tolled from the date Plaintiff filed her original complaint in this action (March 18, 2011) until sixty-five (65) days from the date of the filing of this stipulation of dismissal.

IT IS SO STIPULATED.

Date: June 14, 2011          SEYFARTH SHAW LLP

                             By:  /s/Giovanna A. Ferrari
                                  Giovanna A. Ferrari
                                  Attorneys for Defendant
                                  WHOLE FOODS MARKET, INC.

Date: June 14, 2011          HARRISON, PATTERSON & O'CONNOR LLP

                             By:  /s/ Matthew J. O'Connor
                                  Matthew J. O'Connor
                                  Attorneys for Plaintiff
                                  DONNA MOTTA

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION OF DISMISSAL WITHOUT PREJUDICE / CASE NO. C11-01322 CW

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served June 14, 2011, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/ *Matthew J. O'Connor*